UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
PADILLA,

                Plaintiff(s),

-against-

BATTERY WAVE,

                Defendant(s).
----------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

18 civ 1738 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Wednesday, April 25, 2018,** in Courtroom 14A, at 2:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

**Don Fletcher**
**Courtroom Case Manager**

Dated: New York, New York
       March 8, 2018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2018