## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2018, I caused the Court's Notice of a Court Conference in Case No. 18-CV-1738 to be served by First Class Mail upon the following Defendants:

**Battery Wave, LLC d/b/a Battery Gardens and Thomas Makkos**
349 West 37th Street
New York, New York 10018

_____
C.K. Lee, Esq.