# LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT  212-661-1008
anne@leelitigation.com

April 16, 2018

**Via ECF**
The Honorable John G. Koeltl, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Padilla et al v. Battery Wave, LLC, et al.*
Case No. 18-cv-1738

Dear Judge Koeltl:

We are counsel to Plaintiffs in the above-referenced case. We write to respectfully request a 30-day adjournment of the initial conference scheduled for April 25, 2018 at 2:30 P.M., as the Complaint is still out for service with our process server, and service has not yet been effectuated on Defendants.

This is the first request for an adjournment of this conference.

We thank Your Honor for considering this matter.

Respectfully submitted,

/s/ *Anne Seelig*
Anne Seelig, Esq.

cc:   All Defendants via first class mail

*[Handwritten: Adjourned to Tuesday, June 12, 2018, at 4:30PM. SO ORDERED, /s/ Koeltl, USDJ, 4/16/18]*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 4-17-18