

Melissa A. Overbeck

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 8715
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6467

June 20, 2018

**VIA ECF**

The Honorable John G. Koeltl
U.S. District Court, Southern District of NY
500 Pearl Street, Courtroom 14A
New York, New York  10007

**Re:**   *Padilla et al v. Battery Wave, LLC, et al,*
          **Case No. 18-cv-1738 (JGK)**

Dear Judge Koeltl:

We were recently retained to represent all defendants in the above-captioned matter.  We write to respectfully request that the deadline for defendants to respond to plaintiffs' amended complaint be extended to July 19, 2018.

This is our first request for such an extension.  We have conferred with plaintiffs' counsel, who consents to this request.

Further, defendants have agreed to waive defenses to invalid service of process, and to accept service of the amended complaint (and of all amendments thereupon).

Thank you for your consideration.


Respectfully Submitted,

*/s/ Melissa A. Overbeck*
Melissa A. Overbeck
Associate
For the Firm


cc:     Taimur Alamgir, Esq. (via email)


akerman.com