# akerman

Melissa A. Overbeck

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 259 8715
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6467

August 27, 2018

**VIA ECF**

The Honorable John G. Koeltl
U.S. District Court, Southern District of NY
500 Pearl Street, Courtroom 14A
New York, New York  10007

Re:  *Padilla et al v. Battery Wave, LLC, et al,*
 **Case No. 18-cv-1738 (JGK)**

Dear Judge Koeltl:

We represent all defendants in the above-captioned matter and write to respectfully request that the deadline for defendants to submit their opposition to Plaintiffs' Motion for Conditional Collective Certification (Dkt. 37) be extended to 30 days from today, up to and including Wednesday, September 26, 2018.

This is our first request.  This extension is necessary given the upcoming national and Jewish holidays, the parties' schedule, and the parties' initial settlement discussions.  Plaintiffs' counsel consents to this request.

Thank you for your consideration.

Respectfully Submitted,

*/s/ Melissa A. Overbeck*
Melissa A. Overbeck
For the Firm


cc:  C.K. Lee, Esq. (via email)


akerman.com