```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# ___
DATE FILED: 1-22-19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDWIN PADILLA ET AL.,

                Plaintiffs,

    -against-

BATTERY WAVE, LLC ET AL.,

                Defendants.

18-cv-1738 (JGK)

ORDER

JOHN G. KOELTL, United States District Judge:

    The Court approves the settlement of this case as reflected in the settlement agreement (Docket No. 55-1), and as explained in Docket Nos. 55 and 57. The settlement is fair, reasonable, and adequate. While the percentage recovery for the three plaintiffs is exceedingly modest, it is within the range of reasonableness given the uncertainties in the case. The attorneys' fee sought is also reasonable. It is less than one-third of the settlement amount and represents less than fifty percent of the lodestar amount.

    The Clerk is directed to enter judgment dismissing this case with prejudice in accordance with the settlement agreement. The Clerk is also directed to close all pending motions and to close this case.

SO ORDERED.

Dated: January 19, 2019
      New York, New York

                                      /s/ John G. Koeltl
                                      JOHN G. KOELTL
                                United States District Judge